W. M. KELLY v. STATE.

No. A-2826. Opinion Filed February 20, 1919.

(177 Pac. 626.)

Appeal from the District Court, Muskogee county.

W. M. Kelly was convicted of keeping a place with the felonious intent to sell intoxicating liquors, and he appeals. Reversed.

Crump, Bailey & Crump, for plaintiff· in error.

The Attorney General and R. McMillan, Asst. Atty. Gen., for the state.

PER CURIAM. The plaintiff in error was, by the indictment duly returned by the grand jury in the district court of Muskogee county, ·charged with keeping a place in the city of Muskogee with the intent and purpose of selling intoxicating liquors. Upon his trial the jury returned a verdict finding him guilty and assessing his punishment at 30 days' confinement in the county jail and a fine of $150. To reverse the judgment entered on the verdict he appeals.

In the case of Proctor v. State, 15 Okla. Cr. 338, 175 Pac. 771, the statute upon which this prosecution was based was held ur· onstitutional and void. For the reasons stated in that opinion, the judgment appealed from is reversed.